STATE of Missouri, Respondent,

v.

John E. LYNCH, Appellant.

No. 49529.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 12, 1986.

Motion for Rehearing and/or
Transfer to Supreme Court
Denied Sept. 24, 1986.

Application to Transfer
Denied Nov. 18, 1986.

Dorthy Hirzy, Office of Public Defender, St. Louis, for appellant.

Elizabeth A. Levin, Office of Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant, John E. Lynch, appeals from his convictions, after a jury trial, of first degree robbery and armed criminal action for which he was sentenced to consecutive terms of twenty years and ten years imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25.